No. 11–6631. BECK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6644. LUCAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–6668. ESCOBAR DE JESUS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7461. BRIGHT *v.* PENNSYLVANIA ET AL., 562 U. S. 1184. Petition for rehearing denied.

No. 10–1327. KIVISTO *v.* FLORIDA BAR, 563 U. S. 1034. Motion to defer consideration and motion for leave to file petition for rehearing denied.